|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JOSE ACOSTA, | No. 1:18-cv-00512-AWI-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| ANGIE T. TRUJILLO, Trustee of The Nicolas G. Trujillo Decedent's Trust created August 15, 2012, under the terms of The Nicholas G. Trujillo and Angie T. Trujillo Revocable Living Trust Agreement dated October 6, 1992, et al., | (Doc. 5) |
| Defendants. | |

On May 29, 2018, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action, in which Plaintiff indicates the case has settled and notifies the Court of the dismissal of this action with prejudice. (Doc. 9.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 31, 2018**         /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE